IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CRIMINAL NO. 3:25-cr-00369-S |
| LEO PATRICK COLLINS | § |

3:25 CR 369-S

## REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

Defendant **LEO PATRICK COLLINS** is charged in a petition with a violation of the terms of his supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release;
- [x] revoke Defendant's supervised release;
- [x] impose a sentence of an additional term of imprisonment of **time served**, with a further term of **16** months of supervised release to follow; and
- [x] report on Friday, October 17, 2025 to Domiciliary Residential and Rehabilitation Treatment Program, 1901 Veterans Memorial Dr., Bldg 202, Temple, TX 76504.

SO RECOMMENDED on 10/15/2025.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **LEO PATRICK COLLINS**, hereby
- [x] waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

_____10/15/25_____          _____
Date                         Defendant

                             _____
                             Defense Counsel

Consented to by United States    _____
                                 Assistant U.S. Attorney