# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-00369-S |
| | § | |
| LEE PATRICK COLLINS (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 3] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Leo Collins' term of supervised release. *See* Order, ECF No. 12. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 20. The Defendant waived his right to object to the Recommendation. *See* ECF No. 20. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be sentenced to a further term of supervised release for a period of **16 months,** and that Defendant report on Friday, October 17, 2025, to Domiciliary Residential and Rehabilitation Treatment Program, 1901 Veterans Memorial Drive., Bldg. 202, Temple, Texas 76504.

SO ORDERED.

Signed October __16__, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**