# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-0369-S |
| | § | |
| LEO PATRICK COLLINS (1) | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 25] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Leo Patrick Collin's term of supervised release. *See* Electronic Order [ECF No. 36]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") and Defendant's Waiver of Right to Object pursuant to its Order. *See* ECF No. 43. Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a term of imprisonment of **seven months** with credit for time served in federal custody since Defendant's arrest on September 22, 2026, and with **no additional** term of supervised release to follow.

**SO ORDERED.**

SIGNED November 16, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**